IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
OCT 09 2013
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MARONEY,<br><br>Defendant. | CR-07-147-BLG-DWM<br>CR-10-104-BLG-DWM<br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATIONS OF<br>U.S. MAGISTRATE JUDGE |

On September 17, 2013, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation with respect to the September 9, 2013 and September 11, 2013 petitions for revocation of Maroney's supervised release. Docs. 38 & 41. Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party filed objections. Failure to object waives the right to review. Fed.R.Crim.P. 59(b)(2). But consistent with this Court's "full authority" to review the Findings and

Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1985) this Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Based on Maroney's admissions to all fourteen of the alleged violations, Judge Ostby recommends supervised release be revoked. Judge Ostby further recommends this Court enter the proposed Judgment attached to her Findings and Recommendations (doc. 47-1) and sentence Maroney to 12 months incarceration in CR-07-147-BLG-DWM, and 12 months incarceration in CR-10-104-BLG-DWM, to be served consecutive, for a total of 24 months, with no supervised release to follow.

I find no clear error in Judge Ostby's Findings and Recommendation (doc. 47) and I adopt them in full.

Accordingly, IT IS ORDERED that Maroney's supervised release is revoked. Judgment will be entered by separate document.

Dated this 9th day of October, 2013.